# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CONSENTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CANDELARIA,<br><br>    Defendant.<br>_____/ | CASE NO. CV-F-02-6375 OWW DLB P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |

Plaintiff is represented by counsel and is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2006, defendants filed a motion for summary judgment. To date, plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion for summary judgment. <u>The failure to file an opposition or a statement of non-opposition in compliance with this order will result in a recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.</u>

IT IS SO ORDERED.

Dated:   October 11, 2006                        /s/ Dennis L. Beck
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE