1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN CONSENTINO,                1:02-cv-06375-OWW-DLB-P

12              Plaintiff,           **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS** (Doc. 28)
13   vs.
                                     **ORDER DISMISSING ACTION**
14   R. CANDELARIA,

15              Defendant.
     _____/
16

17        Plaintiff, John Consentino ("plaintiff"), a state prisoner

18   represented by counsel, has filed this civil rights action

19   seeking relief under 42 U.S.C. § 1983.  The matter was referred

20   to a United States Magistrate Judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 72-302.

22        On December 1, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendations were to be filed within twenty (20) days.  To

26   date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                  1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations, filed December 1,

8  2006, are ADOPTED IN FULL; and,

9    2.    This action is DISMISSED, without prejudice, based on

10  plaintiff's failure to obey the court's order of October 11,

11  2006, and failure to prosecute.

12  IT IS SO ORDERED.

13  **Dated:    January 29, 2007          _____/s/ Oliver W. Wanger_____**
    emm0d6                                 UNITED STATES DISTRICT JUDGE

2